**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7205**

---

QUINCY DAVIS,

Plaintiff - Appellant,

versus

FRANK DREW, Sheriff, personally and offi-
cially; CAPTAIN O'BRIEN, personally and
officially; LIEUTENANT ORTIZ, personally and
officially,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. John A. MacKenzie, Senior District
Judge. (CA-94-499-2)

---

Submitted: December 26, 1995        Decided: May 21, 1996

---

Before WILKINSON, Chief Judge, and HALL and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Quincy Davis, Appellant Pro Se. Bruce Christopher Sams, SAMS &
HAWKINS, P.C., Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Davis v. Drew</u>, No. CA-94-499-2 (E.D. Va. Aug. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2